# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ROBERT D. ARMSTRONG f/k/a Robert D. Swann and JOHN D. ARMSTRONG f/k/a John D. Swann,<br><br>    Plaintiffs,<br><br>v.<br><br>SYMETRA LIFE INSURANCE CO. f/k/a Safeco Life Insurance Company, AETNA CASUALTY & SURETY CO., ST. PAUL TRAVELERS CASUALTY & SURETY CO., STRUCTURED BENEFITS OF FLORIDA, and PACIFIC LIFE INSURANCE CO.,<br><br>    Defendants. | CASE NO. 3:08-CV-0974<br>Judge Nixon<br>Magistrate Judge Griffin |

## JOINT SETTLEMENT-CONFERENCE REPORT

Pursuant to the Court's Pretrial Order(s), the Parties submit this Joint Settlement-Conference Report: Counsel for all parties met on February 4, 2009, via conference call, to discuss the case, its present position, costs of continued litigation and potential for resolution. The respective Parties' positions and attitudes towards the litigation do not permit negotiated resolution at this juncture.

February 17, 2009            Respectfully submitted:

By: _s/ Thomas K. Potter, III_
Thomas K. Potter, III, T.A. (TN Bar # 024857)
Katherine K. Layhew (TN Bar # 022274)
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 724-320
Facsimile: (615) 724-3290
tpotter@burr.com
klayhew@burr.com
*Attorneys for Defendants Travelers Indemnity Company and Travelers Casualty & Surety Company.*

and

By: *s/ Fletcher W. Long* (with permission)
Fletcher W. Long, Esq.
Edward T. Farmer, Esq.
Long, Glover, Thomas & Associates
115 Fifth Avenue West - Second Floor
Springfield, TN  37172
(615) 382-4468
*Attorneys for Plaintiffs Robert D. Armstrong and John D. Armstrong*

and

By: *s/ Emily H. Plotkin* (with permission)
Emily H. Plotkin (TN 22978)
Baker, Donelson, Bearman Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 1000
Nashville, TN  37201
(615) 726-5614 (direct phone)
(615) 744-5614 (direct fax)
eplotkin@bakerdonelson.com
*Attorneys for Defendant Symetra Life Insurance Company*

and

By: *s/ Jenifer Smith* (with permission)
Jenifer Smith *(Pro Hac Vice)*
Drinker, Biddle & Reath, LLP
1 Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 988-3397 (phone)
Jenifer.smith@dbr.com

and

Joshua J. Phillips
Neal & Harwell, PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN  37219-2498
(615) 244-1713 (phone)
(615) 726-0573 (fax)
jphillips@nealharwell.com
*Attorneys for Defendant Pacific Life Insurance Company*

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded by first-class, United States mail, postage prepaid, on February 17, 2009:

| | |
|---|---|
| Fletcher W. Long, Esq.<br>Edward T. Farmer, Esq.<br>Long, Glover, Thomas & Associates<br>115 Fifth Avenue West - Second Floor<br>Springfield, TN 37172<br>(615) 382-4468<br><br>*Attorneys for Plaintiffs Robert D. Armstrong and John D. Armstrong* | S. Russell Headrick (TN 5705)<br>Baker, Donelson, Bearman Caldwell<br> & Berkowitz, P.C.<br>900 S. Gay Street, Suite 2200<br>Knoxville, TN 37902<br>(865) 549-7204 (direct phone)<br>(865) 633-7204 (direct fax)<br>rheadrick@bakerdonelson.com<br><br>and |
| Jenifer Smith<br>Drinker, Biddle & Reath, LLP<br>1 Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103<br>(215) 988-3397 (phone)<br>Jenifer.smith@dbr.com<br><br>and | Emily H. Plotkin (TN 22978)<br>Baker, Donelson, Bearman Caldwell<br> & Berkowitz, P.C.<br>211 Commerce Street, Suite 1000<br>Nashville, TN 37201<br>(615) 726-5614 (direct phone)<br>(615) 744-5614 (direct fax)<br>eplotkin@bakerdonelson.com<br><br>*Attorneys for Defendant Symetra Life Insurance Company* |
| Joshua J. Phillips<br>Neal & Harwell, PLC<br>Suite 2000, One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219-2498<br>(615) 244-1713 (phone)<br>(615) 726-0573 (fax)<br>jphillips@nealharwell.com<br><br>*Attorneys for Defendant Pacific Life Insurance Company* | Structured Benefits of Florida, Inc.<br>P.O. Box 30109<br>Tampa, FL 33630 |

                 *s/ Thomas K. Potter, III*

16330 v1

3

Case 3:08-cv-00974   Document 34   Filed 02/17/09   Page 3 of 3 PageID #: 394