IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT D. ARMSTRONG, *[formerly known as Robert D. Swann]*, and JOHN D. ARMSTRONG, *[formerly known as John D. Swann]*, <br><br> Plaintiffs, <br><br> v. <br><br> SYMETRA LIFE INSURANCE CO., *formerly known as Safeco Life Insurance Co.*, AETNA CASUALTY & SURETY CO., ST. PAUL TRAVELERS CASUALTY & SURETY CO., STRUCTURED BENEFITS OF FLORIDA, and PACIFIC LIFE INSURANCE CO. <br><br> Defendants. | No. 3:08-0974 <br> Judge Nixon <br> Magistrate Judge Griffin |

## ORDER

Pending before the Court is Plaintiffs Robert D. Armstrong and John D. Armstrong's ("Plaintiffs") and Defendants Symetra Life Insurance Co., et al.'s ("Defendants") joint Motion to Ascertain Status (Doc. No. 40) regarding Defendants' Motion for Summary Judgment and corresponding Memorandum of Law ("Defendants' Motion") (Doc. Nos. 30-32).

The Court is currently considering Defendants' Motion. Parties' joint Motion to Ascertain Status is hereby **GRANTED**.

It is so ORDERED.
Entered this the 17th day of November, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-