IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT D. ARMSTRONG f/k/a Robert )
D. Swan; and JOHN D. ARMSTRONG )
f/k/a  John D. Swann ) No. 3-08-0974
)
v. )
)
SYMETRA LIFE INSURANCE CO. )
f/k/a Safeco Life Insurance Company; )
AETNA CASUALTY & SURETY CO.; )
STRUCTURED BENEFITS OF )
FLORIDA; and PACIFIC LIFE )
INSURANCE CO. )

O R D E R

By order entered April 8, 2010 (Docket Entry No. 46), the motion of defendants Symetra Life Insurance Co. f/k/a Safeco Life Insurance Co., Aetna Casualty & Surety Co., St. Paul Travelers Casualty & Surety Co., and Pacific Life Insurance Co. for summary judgment (Docket Entry No. 30) was denied.

As provided in the order entered January 20, 2010 (Docket Entry No. 45), scheduling deadlines in the orders entered November 13, 2008 (Docket Entry Nos. 26-27), would be extended as appropriate and the trial would be rescheduled after the resolution of the defendant's motion for summary judgment.

Therefore, counsel for the parties shall convene a telephone conference all with the Court on **Monday, April 26, 2010, at 3:00 p.m., central time,** to be initiated by counsel for Symetra, to address extended deadlines, a new trial date, whether the names of any of the defendants should be revised, whether Structured Benefits of Florida is a separate defendant, the potential for settlement, propriety of ADR, and any other appropriate matters.

Prior to April 26, 2010, counsel for the parties shall confer with each other to determine if they can agree upon proposed extended scheduling deadlines.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge