IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT D. ARMSTRONG f/k/a Robert )
D. Swan; and JOHN D. ARMSTRONG )
f/k/a John D. Swann ) No. 3-08-0974
)
v. )
)
SYMETRA LIFE INSURANCE CO. )
f/k/a Safeco Life Insurance Company; )
AETNA CASUALTY & SURETY CO.; )
ST. PAUL TRAVELERS CASUALTY & )
SURETY CO.; STRUCTURED )
BENEFITS OF FLORIDA; and PACIFIC )
LIFE INSURANCE CO. )

O R D E R

The parties' agreed motion to substitute (Docket Entry No. 51) is GRANTED.

Travelers Casualty & Surety Company is hereby substituted for Aetna Casualty & Surety Co., and Travelers Indemnity Company is hereby substituted for defendant St. Paul Travelers Casualty & Surety Co.

The Clerk is directed to terminate defendants Aetna Casualty & Surety Co. and St. Paul Travelers Casualty & Surety Co., and to substitute therefor defendants Travelers Casualty & Surety Company and Travelers Indemnity Company, respectively.

The Clerk is directed to list counsel currently listed for Aetna Casualty & Surety Co. and St. Paul Travelers Casualty & Surety Co. as counsel for the substituted defendants Travelers Casualty & Surety Company and Travelers Indemnity Company.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge