IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT D. ARMSTRONG f/k/a Robert )
D. Swan; and JOHN D. ARMSTRONG )
f/k/a John D. Swann ) No. 3-08-0974
)
v. )
)
SYMETRA LIFE INSURANCE CO. )
f/k/a Safeco Life Insurance Company; )
TRAVELERS CASUALTY & SURETY )
CO.; TRAVELERS INDEMNITY )
COMPANY; STRUCTURED BENEFITS )
OF FLORIDA; and PACIFIC LIFE )
INSURANCE CO.[1] )

O R D E R

The defendants' joint motion[2] for leave to file third-party complaints (Docket Entry No. 53) is GRANTED.[3]

The defendants have leave to file a third party complaint against Robert and Beverly Armstrong.[4]

However, the defendants shall file the third party complaints no later than June 8, 2010, and shall effect service upon the third party defendants as expeditiously as possible, so that they can be served and have the opportunity to obtain counsel prior to the depositions scheduled on July 7-9, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered May 17, 2010 (Docket Entry No. 52), Travelers Casualty & Surety Company was substituted for Aetna Casualty & Surety Co., as originally named in the complaint, and Travelers Indemnity Company was substituted for St. Paul Travelers Casualty & Surety Co., as originally named in the complaint.

[2] All defendants joined in the motion except Structured Benefits of Florida, which, plaintiffs' counsel has represented, has filed for Bankruptcy protection, is out of business, and has never been served with process in this case. See order entered May 10, 2010 (Docket Entry No. 50).

[3] Defendants represent that the plaintiff has no objection to the motion.

[4] The proposed third-party complaints were not attached to the motion.