| | |
|---|---|
| ROBERT D. ARMSTRONG f/k/a Robert D. Swan; and JOHN D. ARMSTRONG f/k/a John D. Swann,<br>    Plaintiffs<br><br>v.<br><br>STRUCTURED BENEFITS OF FLORIDA,<br>    Defendant<br>and<br><br>SYMETRA LIFE INSURANCE CO. f/k/a Safeco Life Insurance Company; TRAVELERS CASUALTY & SURETY CO.; TRAVELERS INDEMNITY COMPANY; and PACIFIC LIFE INSURANCE CO.,[1]<br>    Defendants/Third-Party Plaintiffs<br><br>v.<br><br>BEVERLY ARMSTRONG; and BOB ARMSTRONG,<br>    Third-Party Defendants | No. 3-08-0974 |

O R D E R

In accord with the order entered May 20, 2010 (Docket Entry No. 50), the parties filed a "Settlement/ADR Report" on July 15, 2010 (Docket Entry No. 82), in which they advised that they are currently engaged in settlement discussions and "believe that mediation may be beneficial following those efforts."

By July 30, 2010, the parties shall file another mediation/status report, indicating: (1) if the parties have been able to reach a settlement in this case; and, if not, (2) when they anticipate concluding settlement discussions and the prospects for reaching a settlement without ADR; and, (3) if they believe ADR would be productive, when they will know that and what type of ADR,

---

[1] By order entered May 17, 2010 (Docket Entry No. 52), Travelers Casualty & Surety Company was substituted for Aetna Casualty & Surety Co., as originally named in the complaint, and Travelers Indemnity Company was substituted for St. Paul Travelers Casualty & Surety Co., as originally named in the complaint.

before whom, and when they anticipate it would be conducted; and (4) if they believe a telephone conference call with the undersigned would be helpful to address settlement and/or mediation and, if so, when.

The Clerk is directed to mail a copy of this order to Bob and Beverly Armstrong at 4230 Armstrong Road, Springfield, TN 37172, by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge