| | |
|---|---|
| ROBERT D. ARMSTRONG f/k/a Robert D. Swan; and JOHN D. ARMSTRONG f/k/a John D. Swann,<br>    Plaintiffs<br><br>v.<br><br>STRUCTURED BENEFITS OF FLORIDA,<br>    Defendant<br>and<br><br>SYMETRA LIFE INSURANCE CO. f/k/a Safeco Life Insurance Company; TRAVELERS CASUALTY & SURETY CO.; TRAVELERS INDEMNITY COMPANY; and PACIFIC LIFE INSURANCE CO.,[1]<br>    Defendants/Third-Party Plaintiffs<br><br>v.<br><br>BEVERLY ARMSTRONG; and BOB ARMSTRONG,<br>    Third-Party Defendants | )<br>)<br>)<br>)    No. 3-08-0974<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Pursuant to the order entered July 19, 2010 (Docket Entry No. 83), the parties filed a Settlement/Mediation Status Report on July 30, 2010 (Docket Entry No. 85). Although defendant Symetra did not agree, defendants Pacific Life and Travelers advised that they believed that a telephonic status conference might be helpful in addressing the potential for settlement and the parties' plans to engage in mediation.

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, August 12, 2010, at 2:00 p.m., central time,** to be initiated by counsel for defendant

---

[1] By order entered May 17, 2010 (Docket Entry No. 52), Travelers Casualty & Surety Company was substituted for Aetna Casualty & Surety Co., as originally named in the complaint, and Travelers Indemnity Company was substituted for St. Paul Travelers Casualty & Surety Co., as originally named in the complaint.

Pacific Life Insurance Company, to address the potential for settlement, the parties' plans to engage in mediation, and any other appropriate matters. If third party defendants Bob and Beverly Armstrong have obtained a lawyer to represent them in this case, their lawyer shall participate in the conference call. If they have not yet obtained a lawyer to represent them, counsel for defendant Pacific Life shall insure that they participate in the conference call themselves.

The Clerk is directed to mail a copy of this order to Bob and Beverly Armstrong, 4230 Armstrong Road, Springfield, TN 37172, by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge