FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT D. ARMSTRONG f/k/a Robert D. Swan; and JOHN D. ARMSTRONG f/k/a John D. Swann,<br>　　Plaintiffs<br><br>v.<br><br>STRUCTURED BENEFITS OF FLORIDA,<br>　　Defendant<br>and<br><br>SYMETRA LIFE INSURANCE CO. f/k/a Safeco Life Insurance Company; TRAVELERS CASUALTY & SURETY CO.; TRAVELERS INDEMNITY COMPANY; and PACIFIC LIFE INSURANCE CO.,[1]<br>　　Defendants/Third-Party Plaintiffs<br><br>v.<br><br>BEVERLY ARMSTRONG; and BOB ARMSTRONG,<br>　　Third-Party Defendants | No. 3-08-0974 |

O R D E R

Pending is the motion of defendant Symetra Life Insurance Company for leave to file cross-claim against defendant Travelers Indemnity Company. No response to the motion has been filed, indicating that there is no opposition to the motion. See Local Rule 7.01(b).

The motion (Docket Entry No. 84) is GRANTED.

The Clerk is directed to file and docket the cross-complaint of defendant Symetra Life Insurance Company (Docket Entry No. 84-1).

---

[1] By order entered May 17, 2010 (Docket Entry No. 52), Travelers Casualty & Surety Company was substituted for Aetna Casualty & Surety Co., as originally named in the complaint, and Travelers Indemnity Company was substituted for St. Paul Travelers Casualty & Surety Co., as originally named in the complaint.

Defendant Travelers Indemnity Company shall have until August 31, 2010, to file a response to the cross-complaint.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge