IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT D. ARMSTRONG f/k/a Robert D. Swan; and JOHN D. ARMSTRONG f/k/a John D. Swann,<br>    Plaintiffs<br><br>v.<br><br>STRUCTURED BENEFITS OF FLORIDA,<br>    Defendant<br>and<br><br>SYMETRA LIFE INSURANCE CO. f/k/a Safeco Life Insurance Company; TRAVELERS CASUALTY & SURETY CO.; TRAVELERS INDEMNITY COMPANY; and PACIFIC LIFE INSURANCE CO.,[1]<br>    Defendants/Third-Party Plaintiffs<br><br>v.<br><br>BEVERLY ARMSTRONG; and BOB ARMSTRONG,<br>    Third-Party Defendants | No. 3-08-0974 |

O R D E R

Pursuant to the order entered August 13, 2010, the Court held a telephone conference call with third-party defendants Beverly and Bob Armstrong and with counsel for the plaintiffs and defendants on August 25, 2010, at which time Mr. Armstrong reported that he believes that they are "very close" to obtaining a lawyer. Counsel reported that they had contacted three mediators who would be available between September and November to conduct a mediation in this case.

By September 10, 2010, the parties shall file a status report, advising whether or not Bob and Beverly Armstrong have obtained an attorney and when he/she will enter an appearance on their

---

[1] By order entered May 17, 2010 (Docket Entry No. 52), Travelers Casualty & Surety Company was substituted for Aetna Casualty & Surety Co., as originally named in the complaint, and Travelers Indemnity Company was substituted for St. Paul Travelers Casualty & Surety Co., as originally named in the complaint.

behalves, if such attorney has not already done so, and when private mediation is scheduled and with whom.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge