IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT D. ARMSTRONG f/k/a Robert D. Swan; and JOHN D. ARMSTRONG f/k/a John D. Swann,<br>　　Plaintiffs<br><br>v.<br><br>STRUCTURED BENEFITS OF FLORIDA,<br>　　Defendant<br>and<br><br>SYMETRA LIFE INSURANCE CO. f/k/a Safeco Life Insurance Company; TRAVELERS CASUALTY & SURETY CO.; TRAVELERS INDEMNITY COMPANY; and PACIFIC LIFE INSURANCE CO.,[1]<br>　　Defendants/Third-Party Plaintiffs<br><br>v.<br><br>BEVERLY ARMSTRONG; and BOB ARMSTRONG,<br>　　Third-Party Defendants | No. 3-08-0974 |

O R D E R

In accord with the order entered August 30, 2010 (Docket Entry No. 90), defendant Travelers Casualty & Surety Company and Travelers Indemnity Company filed a mediation status report on behalf of all parties in the case, advising the Court that Bob and Beverly Armstrong have retained counsel, and that the parties have scheduled a mediation on November 9, 2010.

Third-party defendants Beverly and Bob Armstrong shall ensure that their attorney files a notice of entry of appearance on their behalves as soon as possible.

---

[1] By order entered May 17, 2010 (Docket Entry No. 52), Travelers Casualty & Surety Company was substituted for Aetna Casualty & Surety Co., as originally named in the complaint, and Travelers Indemnity Company was substituted for St. Paul Travelers Casualty & Surety Co., as originally named in the complaint.

By November 12, 2010, the parties shall file another joint mediation report, confirming that they participated in private mediation on November 9, 2010, and advising whether they were able to reach a settlement, and, if so, when they will file an agreed order or stipulation of dismissal or other dismissal/settlement document, and, if not, whether the potential for settlement remains.

It is so ORDERED.

                                                                                            _____
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:08-cv-00974   Document 95   Filed 09/13/10   Page 2 of 2 PageID #: 680