UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT D. ARMSTRONG, f/k/a ROBERT D. SWANN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:08-0974 |
| v. | ) ) | (Judge Nixon) |
| SYMETRA LIFE INSURANCE CO., et al., | ) ) ) | (Magistrate Griffin) |
| Defendants. | ) ) ) | |

## AGREED ORDER OF DISMISSAL

As evidenced by the signatures of counsel below, the parties have reached a full settlement of all claims in this case, but the terms of the settlement have not yet been consummated.

Therefore, this action is dismissed with prejudice, but with leave for any party to reopen the action within 150 days, upon motion, if the settlement is not consummated.

**It is so ORDERED.**

_____
John T. Nixon, Senior District Judge