UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT D. ARMSTRONG, <br> f/k/a ROBERT D. SWANN, et al. <br><br> Plaintiffs, <br> v. <br><br> SYMETRA LIFE INSURANCE CO., et al., <br><br> Defendants. | No. 3:08CV974 <br> JUDGE NIXON |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/17/2010.

     KEITH THROCKMORTON, CLERK
     s/Tina M. Webster, Deputy Clerk